**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOSEPH DeMAURO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 98 C 8318 |
| ) | The Honorable Joan B. Gottschall |
| ) | |
| BETTY LOREN-MALTESE, and ) | |
| THE TOWN OF CICERO, ) | |
| ) | |
| Defendants. ) | |

**THE TOWN OF CICERO'S RENEWED
MOTION FOR JUDGMENT AFTER TRIAL**

The Town of Cicero, by its attorneys, Giglio & Del Galdo, LLP, moves the Court pursuant to Federal Rule of Civil Procedure 50(b), for judgment in its favor and against Plaintiff, and in support states:

**I.
PRELIMINARY STATEMENT**

At the close of Plaintiff's case on trial and after Plaintiff rested his case, Defendants made a written motion for Judgment as a Matter of Law (See attached motion). The Court took Defendants' motion under advisement. Then, Defendants presented their case in defense of Plaintiff's claims, and thereafter Defendants rested their cases. Plaintiff offered nothing in rebuttal. Defendants now, pursuant to Federal Rule of Civil Procedure 50(b), renew their motion for a judgment as a matter of law.

**II.
ARGUMENT**

Defendants restate the matters and arguments contained in their Federal Rule of Civil Procedure 50(a) motion as and for this Federal Rule of Civil Procedure 50(b)

motion. Additionally, Defendants submit this motion together with their motions pursuant to Federal Rule of Civil Procedure 59.

## III.
## CONCLUSION

Defendant Cicero is entitled to a judgment as a matter of law. Wherefore, Cicero requests the Court to grant this motion and enter judgment as a matter of law in its favor and against Plaintiff.

    Respectfully submitted,

    Giglio & Del Galdo, LLP

    By:    s/ *George S. Spataro*
              George S. Spataro, Esq.

    By:    s/*K. Austin Zimmer*
              K. Austin Zimmer, Esq.

George S. Spataro, Esq. #3126416
K. Austin Zimmer, Esq. #6276227
Giglio & Del Galdo, LLP.
10526 W. Cermak Road, Suite 300
Westchester, Il 60154
(708) 531-8800