# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH DEMAURO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 98 C 8318 |
| v. | ) |
| | ) Judge Gottschall |
| BETTY LOREN-MALTESE; TOWN OF CICERO; LOUIS GUIDO; MERRICK SCOTT RAYLE; LEONARD RUTKA; and TOWN OF CICERO BOARD OF FIRE, POLICE AND PUBLIC SAFETY COMMISSIONERS, | ) |
| | ) |
| Defendants. | ) |

## BETTY LOREN-MALTESE'S RENEWED MOTION FOR JUDGMENT

Betty Loren-Maltese, by her attorney, Keith L. Hunt of Hunt & Associates, P.C., moves the Court pursuant to Federal Rule of Civil Procedure 50(b), for judgment in its favor and against Plaintiff, and in support states:

At the close of Plaintiff's case on trial and after Plaintiff rested his case, Defendants made a written motion for Judgment as a Matter of Law. The Court took Loren-Maltese's motion under advisement but never ruled. Loren-Maltese renews her motion for a judgment as a matter of law and incorporates by reference the arguments, points, and authorities made at the close of Plaintiff's case. (Exhibit A).

WHEREFORE, for the foregoing reasons, Betty Loren-Maltese respectfully requests the Court to grant this motion and enter judgment as a matter of law in her favor and against Plaintiff.

Respectfully submitted,

By:   <u>/s/ Keith L. Hunt (electronically filed)</u>
      Keith L. Hunt, An Attorney for Defendants

Keith L. Hunt
Hunt & Associates, PC
70 West Madison
Suite 2100
Chicago, Illinois 60602
(312) 558-1300
khunt@huntasslcoaw.com

**CERTIFICATE OF SERVICE**

I, Keith Hunt, certify that I caused a copy of Betty Loren-Maltese's Renewed Motion for Judgment was filed and served electronically through the Court's CM/ECF Electronic Filing System and associated e-mail system on all counsel of record on December 18, 2006.

By: _/s/ Keith L. Hunt electronically filed_
Keith L. Hunt, Attorney for Defendants