# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 C 8318 | **DATE** | 4/4/2008 |
| **CASE TITLE** | DeMauro vs. Loren-Maltese & Town of Cicero | | |

**DOCKET ENTRY TEXT**

The court enters this order to amend its minute order of March 31, 2008. The court's award of $446,802 in attorneys' fees and $4,414.04 in nontaxable expenses included amounts requested in plaintiff's motion for award of attorneys' fees and related non-taxable expenses *and* his supplemental motion for award of attorneys' fees and related non-taxable expenses. Thus, plaintiff's supplemental motion [332] is granted along with plaintiff's motion [302].

■[ For further details see text below.]   Docketing to mail notices.

**STATEMENT**

| | Courtroom Deputy Initials: | Rhonda Johnson |
|---|---|---|