IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Joseph DeMauro
,

Plaintiff(s),

v.

Betty Loren-Maltese, et al,

Defendant(s).

Case No. 98 cv 8318
Judge Joan B. Gottschall

## ORDER

    Counsel has failed to compy with the Clerk's Notice of Exhibit Disposal Local Rule 79.1. The Clerk of Court is hereby given authority to destroy exhibits 252-1 through 252-2 on or after 9/19/16, if they are not retrieved by the close of business 9/16/16. Exhibits may be retrieved by calling the Clerk' office at (312)435-5691.

Date: 9/13/16

/s/
Joan B. Gottschall
United States District Judge